ROBERT CLARK JR
JAMES J GODFROY
Asso. Judge Monroe County Court

101.      1828.   *R. Clark & al  vs   E Burch &c*
Filed in Clks office   Feb. 25, 1828

Supreme Court
In Chancery —

*Robert Clark   Daniel S. Bacon   Joseph Wood   Oliver Johnson*
*Harry Conant   William G. Knaggs   Henry Disbrow   Thomas G. Cole*
*John Jermain   Charles M. Humphrey & Albert H. Hickok vs*
*Ethel Burch, Marshal of the Village of Monroe*

Upon Bill filed with prayer for injunction   It is ordered that the plaintiffs do give notice to the defendant of their intention to apply for a writ of injunction in the premises & of the time & place when & where the same will be made:   And It is further ordered that the defendant be enjoined from distraining levying selling or otherwise proceeding against the plaintiffs or the goods & chattels of the plaintiffs by virtue of an assessment by the President Trustees & Freemen of the village

of Monroe, or by virtue of any warrant or warrants of distress or other process, issued or authorized by the said President, Trustees & Freemen of the Village of Monroe & directed to the said defendant as Marshall of the said corporation: & that the said injunction be continued until the fourth Monday of March next; or until counsel can be heard & the application for injunction be determined.

Detroit 25th Feb. 1828.

HENRY CHIPMAN   Judge S. C. M. T.